1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| EDUARDO AVALOS, | No. 2:23-cv-01549-FMO-PVCx |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ALEJANDRO MAYORKAS, in his official capacity, Secretary of Homeland Security; UR M. JADDOU, in her official capacity, Director, USCIS, | |
| Defendants. | |

1  For the reasons explained in the parties' Stipulation to Extend Time to File
2  Responsive Pleading to Plaintiff's Complaint and for good cause shown, **IT IS HEREBY**
3  **ORDERED** that Defendants' deadline to file a responsive pleading to Plaintiff's
4  Complaint is extended from June 5, 2023 to June 20, 2023.

Dated: June 1, 2023

/s/
_____
Honorable Fernando M. Olguin
United States District Judge